Virgil Raymond **STEWART**,
Jr., Appellant

v.

The **STATE** of Texas.

No. PD–0787–06.

Court of Criminal Appeals of Texas,
En Banc.

Dec. 13, 2006.

Page Janik, Houston, for Appellant.

Dan McCrory, Asst. District Atty., Houston, Matthew Paul, State's Atty., Austin, for State.

### *OPINION*

PER CURIAM.

Appellant was convicted of possession of methamphetamine and sentenced to thirty-five years imprisonment. The Court of Appeals reversed, finding the evidence factually insufficient to affirmatively link Appellant to the methamphetamine. *Stewart v. State*, 187 S.W.3d 249 (Tex.App.El Paso, 2006). The State petitioned this Court for discretionary review.

When the Court of Appeals issued its opinion in this case, it did so without the benefit of this Court's recent opinion in *Watson v. State*, 204 S.W.3d 404 (Tex. Crim.App., 2006). Therefore, we vacate the judgment of the Court of Appeals and remand for that court to consider the ef-

---

**4.** *See* Art. 64.01, *et seq.*

fect of *Watson,* if any, on its reasoning and analysis in this case.